**IT IS ORDERED as set forth below:**



**Date: June 20, 2012**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 11-42325 |
| | : | |
| JERMILE ANSELM EVANS , | : | CHAPTER:  7 |
| DARLENE ELIZABETH EVANS | : | |
| | : | JUDGE: MARY GRACE DIEHL |
| Debtor(s). | : | |
| _____ | : | |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION AS | : | |
| TRUSTEE FOR RASC 2005KS10, BY GMAC | : | |
| MORTGAGE, LLC, ITS SERVICING | : | |
| AGENT, | : | |
| Movant, | : | CONTESTED MATTER |
| v. | : | |
| JERMILE ANSELM EVANS , | : | |
| DARLENE ELIZABETH EVANS | : | |
| THOMAS D. RICHARDSON, Trustee, | : | |
| Respondent(s). | : | |
| _____ | : | |

ORDER GRANTING MOTION FOR RELIEF FROM STAY  (#29 )

The above styled Motion was called for hearing on June 6, 2012, upon Notice of

Hearing to each of the above-captioned parties in interest.  There was no opposition to the

Motion and Movant asserts that the parties were properly served. Accordingly;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay is lifted for Movant herein, its successors and assigns, regarding the real property commonly known as 528 Orchard Drive, Temple, Georgia 30179.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ Richard H. Siegel
Richard H. Siegel, Bar No.: GA645825
Attorney for Movant
Aldridge Connors, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7507
Fax: (888) 873-6147
Email: rsiegel@aclawllp.com

DISTRIBUTION LIST

Darlene Elizabeth Evans
528 Orchard Drive
Temple, GA 30179

Thomas D. Richardson
Suite 2700 Equitable Bldg.
100 Peachtree Street, NW
Atlanta, GA 30303

Jermile Anselm Evans
528 Orchard Drive
Temple, GA 30179

Jonathan A. Proctor
Robert J. Semrad & Associates, LLC
Suite 3600
101 Marietta Street
Atlanta, GA 30303